UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| ROBERTO AVILA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 4:26-cv-01549-CMS |
| | ) | |
| NATIONAL COLLEGIATE ATHLETIC ASSOCIATION, et al., | ) | |
| | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER GRANTING EXPEDITED BRIEFING**

Before the Court is Plaintiff Roberto Avila's Emergency Motion to Remand, Request for Expedited Briefing, and Request for Attorneys' Fees and Costs Under 28 U.S.C. § 1447(c) (Doc. 9). Having considered the Motion, the Memorandum of Law in Support (Doc. 10), the record in this case, and the applicable law, the Court finds good cause shown, and the Motion is hereby **GRANTED** in part.

Accordingly,

**IT IS HEREBY ORDERED** that:

1. Defendant National Collegiate Athletic Association's Response to Plaintiff's Motion shall be due on or before October 6, 2026.
2. Plaintiff's Reply shall be due on or before October 9, 2026.

Dated this 1st day of October 2026.



CRISTIAN M. STEVENS
UNITED STATES DISTRICT JUDGE